**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| PROOFPOINT, INC., | Case No. 17-cv-06065-BLF |
| Plaintiff, | |
| v. | **ORDER GRANTING ADMINISTRATIVE MOTION FOR CONTINUANCE OF CASE MANAGEMENT AND ADR-RELATED DEADLINES** |
| BTM COMERCIO DE EQUIPAMENTOS E SOFTWARES DE INFORMATICA, et al., | |
| Defendants. | |

Before the Court is Plaintiff Proofpoint, Inc.'s ("Plaintiff") unopposed Administrative Motion to Continue Case Management and ADR-Related Deadlines. Pursuant to Fed. R. Civ. Proc. 6(b), the Court ORDERS that the deadlines to meet and confer and submit a stipulation for all remaining case management deadlines (*see* ECF 74) and to file an updated ADR stipulation (*see* ECF 75) are hereby continued to **August 31, 2018**, without prejudice to an additional request for continuance.

**IT IS SO ORDERED.**

Dated: August 13, 2018

_____

BETH LABSON FREEMAN
United States District Judge