# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| PROOFPOINT, INC., <br><br> Plaintiff, <br><br> v. <br><br> BTM COMERCIO DE EQUIPAMENTOS E SOFTWARES DE INFORMATICA, et al., <br><br> Defendants. | Case No. 17-cv-06065-BLF <br><br> **ORDER TO SHOW CAUSE** |

On August 3, 2021, the Court vacated all dates in this case and ordered the Parties to file a stipulated dismissal or joint status report by October 1, 2021.  *See* ECF No. 123.  When the Court did not receive a dismissal or status report, it requested such a dismissal or status report by October 8, 2021.  The Court has again not received a dismissal or status report.

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE, in writing, **no later than October 22, 2021**, why this case should not be dismissed with prejudice.  Failure to respond to the order to show cause will result in dismissal of this case without further notice.

**IT IS SO ORDERED.**

Dated: October 12, 2021

_____
BETH LABSON FREEMAN
United States District Judge